# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

DARRELL SIRMANS,

 *Petitioner,*

v.          Case No. 1:19cv75-MW/GRJ

JUDGE ROBERT P. CATES,

 *Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed as a pauper, ECF No. 2, is **GRANTED**. This case is **DISMISSED without prejudice** to Plaintiff's right to seek such habeas corpus relief as may be available." The Clerk shall close the file.

**SO ORDERED on May 27, 2019.**

            s/Mark E. Walker    
            **Chief United States District Judge**